UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

-against-

MARKELL BOBIAN, a/k/a Kellz,

                         Defendant.

------------------------------------- x

ORDER

20 Crim. 57-10 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's motion to reconsider pre-trial detention is denied.

Dated: New York, New York
      April 7, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge