**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

MARKELL BOBIAN, *a/k/a* "Kellz,"

                        Defendant.

------------------------------------x

ORDER

20 Crim. 57-10 (GBD)

GEORGE B. DANIELS, United States District Judge:

A change of plea hearing is scheduled for July 7, 2021 at 10:00 am.

Dated: New York, New York
       June 23, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge