

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

September 10, 2021

*Via ECF*

Hon. George B. Daniels
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED:**

/s/ George B. Daniels

George B. Daniels, U.S.D.J.

Dated: SEP 1 3 2021

Re:   United States v. Markell Bobian, et al., 3:20-cr-57-10 (GBD)

Your Honor:

I am CJA counsel to defendant Markell Bobian. I write, with no objection from the Government, to respectfully request a two-week extension of time to file any objections to the presentence report.

The current due date for any objections is September 14, 2021, and Mr. Bobian's sentencing date is November 17, 2021.

We have been in touch with the government about certain information in the first draft of the presentence report and the parties need additional time to discuss the matter.

Accordingly, we respectfully request that any objections to the presentence report be adjourned to September 28, 2021.

Respectfully submitted,

/s/

Dawn M. Cardi

CC:   All Parties (via ECF)
      U.S. Probation Officer Christopher Pagano (via E-mail)

99 Madison Avenue, 8th Floor, New York, NY 10016  •  212.481.7770 TELEPHONE  •  212.271.0665 FACSIMILE  •  917.543.9993 CELL  •  cardiedgarlaw.com