

# CARDI & EDGAR

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 2 3 2022

February 22, 2022

*Via ECF*

Hon. George B. Daniels
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: FEB 2 3 2022

Re: United States v. Markell Bobian, et al., 3:20-cr-57-10 (GBD)

Your Honor:

I am CJA counsel to defendant Markell Bobian.

On November 17, 2021, Your Honor sentenced Mr. Bobian to 38-months imprisonment. See ECF # 386. The Judgment recommends that Mr. Bobian be placed as close as possible to the New York metropolitan area, subject to space and security determinations. See id.

According to the BOP's website, Mr. Bobian is scheduled to be released on October 30, 2022. This does not account for the possibility of early release to a halfway house.

Earlier last month, Mr. Bobian was told he was being designated to a facility in South Carolina. We reached out to the BOP's designation team to confirm this information and were told that they could not disclose any information until Mr. Bobian physically arrived at the designated facility.

After several transfers (from Brooklyn MDC to FDC Philadelphia to Petersburg Medium FCI), Mr. Bobian is now at his final designation – FCI Bennettsville in Bennettsvile, South Carolina. Prior to his incarceration, Mr. Bobian resided with his parents in the Bronx, New York.

While we understand that any designation is subject to availability and other factors, Mr. Bobian's designation in South Carolina is more than 500 miles away, and therefore, seemingly in violation of The First Step Act. See 18 U.S.C. Section 3621 (noting that "to the extent practicable, [an inmate "shall" be designated to] a facility within 500 driving miles of that residence").

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com



Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

Accordingly, we respectfully request that the Court issue an order asking that the BOP redesignate Mr. Bobian closer to the New York City metropolitan area.

Respectfully submitted,

/s/

Dawn M. Cardi

CC:   All Parties (via ECF)

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com