UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
UNITED STATES OF AMERICA, :
:
-against- :                    ORDER
:
MARKELL BOBIAN, :                    20 Crim. 57-10 (GBD)
:
Defendant. :
:
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The conference is scheduled for October 19, 2023 at 10:00 a.m.

Dated: October 18, 2023
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)

GEORGE B. DANIELS
United States District Judge