UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

   -against-           ORDER

MARKELL BOBIAN,         20 Crim. 57-10 (GBD)

      Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

  The conference scheduled for November 21, 2023 at 10:00 a.m. is adjourned to November 28, 2023 at 9:30 a.m.

Dated: November 20, 2023
   New York, New York

              SO ORDERED.

              *George B. Daniels*
              GEORGE B. DANIELS
              UNITED STATES DISTRICT JUDGE