UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

-against-

MARKELL BOBIAN,

                Defendant.

------------------------------------x

ORDER

20 Crim. 57-10 (GBD)

GEORGE B. DANIELS, United States District Judge:

      The conference scheduled for April 16, 2024 is hereby adjourned to April 17, 2024 at 10:15 a.m.

Dated: April 4, 2024
       New York, New York

                              SO ORDERED.

                              *[signature: George B. Daniels]*

                              GEORGE B. DANIELS
                              United States District Judge