UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

-against-

MARKELL BOBIAN,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER

20 Crim. 57-10 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for May 29, 2024 is hereby adjourned to July 9, 2024 at 11:30 a.m.

Dated: May 29, 2024
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge