

COUNSELORS AT LAW

CARDI & EDGAR
LLP

Partners
Dawn M. Cardi
Chad L. Edgar

Associate
Joanna C. Kahan

Senior Counsel
Michelle M. Younger

Of counsel
Nina Epstein

September 9, 2024

**SO ORDERED**

**Via ECF**

The Honorable George Daniels
United States District Court Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

The conference scheduled for September 10, 2024 is
adjourned to November 12, 2024 at 10:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

SEP 09 2024

Re: *United States v. Markell Bobian, 20-CR-57 (GBD)*

Dear Judge Daniels:

I am counsel to Mr. Bobian in the above-referenced action. I write to request a sixty-day adjournment of Mr. Bobian's hearing on the violation of supervised release, which is scheduled for September 10, 2024. The reason for this request is that Mr. Bobian's pending New York state case has not yet resolved, and the defense believes that having information about the likely disposition of that matter will be helpful to the Court. This is our second request for an adjournment due to the pending state matter. The government does not object to this request.

I thank the Court in advance for its consideration of this matter.

Respectfully submitted,

*Dawn M Cardi*
Dawn M. Cardi

cc: all parties via ECF