

# CARDI & EDGAR

Partners
Dawn M. Cardi
Chad L. Edgar

Associate
Joanna C. Kahan

Senior Counsel
Michelle M. Younger

Of counsel
Nina Epstein

March 18, 2025

**SO ORDERED**

**Via ECF**

The Honorable George Daniels
United States District Court Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

The conference scheduled for March 19, 2025 is adjourned to March 25, 2025 at 10:00 a.m.

MAR 1 9 2025  *George B. Daniels*
HON. GEORGE B. DANIELS

Re: *United States v. Markell Bobian, 20-CR-57 (GBD)*

Dear Judge Daniels:

I am counsel to Mr. Bobian in the above-referenced action. I write to request an adjournment of the hearing scheduled for Wednesday, March 19, 2025, at 11 AM. The reason for this request is that Mr. Bobian's probation officer, Karen Rosero, is unable to attend court on that date. The government does not oppose this request. I propose rescheduling the hearing to Friday, March 21, 2025, at 12 PM, as both the government and Ms. Rosero are available at that time.

I thank the Court in advance for its consideration of this matter.

Respectfully submitted,

/s/

Dawn M. Cardi

cc: all parties via ECF

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com