UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

MARKELL BOBIAN,

              Defendant.

------------------------------------- x

ORDER

20 Crim. 57-10 (GBD)

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release sentencing scheduled for June 5, 2025 is hereby adjourned to June 10, 2025 at 10:00 a.m.

Dated: May 21, 2025
       New York, New York

                               SO ORDERED.

                               GEORGE B. DANIELS
                               United States District Judge